In re the MARRIAGE OF John D. MARSHALL, Petitioner,

and

Cynthia T. Marshall, Respondent.

No. 89SC684.

Colorado Supreme Court,
En Banc.

March 5, 1990.

Petition for Writ of Certiorari DENIED.

COLORADO STATE BOARD OF LAND COMMISSIONERS, and Wesley D. Conda, Inc., a Colorado corporation, Petitioners,

v.

COLORADO MINED LAND RECLAMATION BOARD; Board of County Commissioners of Boulder County, Colorado; People for Eldorado Mountain, Inc., a Colorado non-profit corporation; and City of Boulder, Colorado, Respondents.

No. 89SC612.

Colorado Supreme Court,
En Banc.

March 19, 1990.

Petition for Writ of Certiorari GRANTED.